# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORETTA WILLIAMS, | Case No. 8:23-cv-00777-FWS-ADS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

Pursuant to Plaintiff Loretta Williams' ("Plaintiff") acceptance of Defendant FCA US, LLC's ("Defendant") Offer to Compromise Pursuant to Code of Civil Procedure § 998, dated November 9, 2023, as filed with the court, (Dkt. 21, Ex. 1, "Rule 68 Offer")), the court enters JUDGMENT in favor of Plaintiff and against Defendant in the amount of $143,203.12, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED**.

Dated:  July 17, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1

**JUDGMENT**